```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J04-0004--CR (JWS)
                "USA V ROBERT LEE MOORE ET AL"
                   DEF 1.1 MOORE, ROBERT LEE

       Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  10/20/04
             Closed:  08/02/05
 No. of Defendants:  4
    MJ Case Number:  J04-0019--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Robert Leen
                     600 University St., Suite 3310
                     Seattle, WA 98101
                     206-748-7817
                     FAX 206-748-7821
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 MOORE, ROBERT LEE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 & 841(a)(1), (b)(1)(A) & (C) DRUG CONSPIRACY (F) | Sentenced (147-1) |
| 1 - 1 IND | 2 | 21:841(a)(1), (b)(1)(C) & (C) & 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (147-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE J04-0004--CR (JWS)
                                 "USA V ROBERT LEE MOORE ET AL"
                                   DEF 2.1 GALEANA, ANGELA B.

                     Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  10/20/04
             Closed:  08/02/05
 No. of Defendants:  4
    MJ Case Number:  J04-0019--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  D. Scott Dattan
                     Law Offices of D. Scott Dattan
                     2600 Denali Street, Suite 460
                     Anchorage, AK 99503
                     907-276-8008
                     FAX 907-278-8571
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 2.1 GALEANA, ANGELA B.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 & 841(a)(1), (b)(1)(A) & (C) DRUG CONSPIRACY (F) | Sentenced (148-1) |
| 1 -   1 IND | 2 | 21:841(a)(1), (b)(1)(C) & (C) & 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (148-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE J04-0004--CR (JWS)
                             "USA V ROBERT LEE MOORE ET AL"
                              DEF 3.1 GUERRERO, FRANCIS S.

                   Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  10/20/04
             Closed:  08/02/05
 No. of Defendants:  4
     MJ Case Number:  J04-0019--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
   Counsel of record: William B. Carey
                     1502 W. 34th Avenue
                     Anchorage, AK 99503-3643
                     907-272-4255
                     FAX 907-272-4256
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



 Counts re: DEF 3.1 GUERRERO, FRANCIS S.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 & 841(a)(1), (b)(1)(A) & (C) DRUG CONSPIRACY (F) | Sentenced (150-1) |
| 1 -   1 IND | 2 | 21:841(a)(1), (b)(1)(C) & (C) & 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (150-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE J04-0004--CR (JWS)
                                    "USA V ROBERT LEE MOORE ET AL"
                                     DEF 4.1 LOPEZ-COTA, ADRIAN

                    Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  10/20/04
             Closed:  08/02/05
 No. of Defendants:  4
     MJ Case Number:
                AKA:  ANGEL BAUTISTA-ALVARADO
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
 Needs interpreter:  YES
 Counsel of record:  None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 4.1 LOPEZ-COTA, ADRIAN

Document            Count   Citation and Description                              Disposition
─────────           ─────   ────────────────────────                              ───────────
   1 -   1 IND       1      21:846 & 841(a)(1), (b)(1)(A) & (C) DRUG              Sentenced
                            CONSPIRACY (F)                                        (137-1)

   1 -   1 IND       2      21:841(a)(1), (b)(1)(C) & (C) & 18:2 POSSESSION OF    Dismissed
                            A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE      (137-1)
                            (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                                "USA V ROBERT LEE MOORE ET AL"

                                     For all filing dates


   Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:   The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed:   10/20/04
            Closed:   08/02/05
No. of Defendants:    4


Document #   Filed      Docket text

     10 -  2  10/19/04   DEF 1 motion (petition) for Robert Leen to appear & participate w/o
                         local cnsl.

     10 -  3  10/19/04   DEF 1 motion for consideration on shortened time re 10-2 & discharge
                         FPD's office.

      1 -  1  10/20/04   [Re: DEF 1-4] PLF 1 Indictment.

   NOTE -  1  10/21/04   [Re: DEF 4] Issued WOA.

      2 -  1  10/21/04   [Re: DEF 1-2] JDR Grand Jury Minutes; no bail set (det per 18:3142); set
                         for arr and notify USM; in custody.

      3 -  1  10/21/04   [Re: DEF 3] JDR Grand Jury Minutes; WOA to issue; writ of h/c ad pros to
                         follow; no bail set (det per 18:3142); in state custody.

      4 -  1  10/21/04   [Re: DEF 4] JDR Grand Jury Minutes; no bail set (det per 18:3142); set
                         for arr upon notification from USM that def is in district and notify
                         cnsl; in fed custody @ Seatac.

      5 -  1  10/21/04   [Re: DEF 4] PLF 1 motion to issue warrant of arrest (on shortened time).

      6 -  1  10/21/04   [Re: DEF 4] PMP Order granting motion to issue warrant of arrest (on
                         shortened time) (5-1) .  cc: USA, USM

      7 -  1  10/21/04   [Re: DEF 3] PLF 1 motion (pet) for writ of h/c ad pros.

   NOTE -  2  10/22/04   Issued: Writ of H/C ad pros re: Def 3.

   NOTE -  3  10/22/04   Notation: Proposed Trial Date Setting for Arr re: DEF 1-3 to USDJ.

      8 -  1  10/22/04   [Re: DEF 3] PMP Order granting motion (pet) for writ of h/c ad pros
                         (7-1).  cc: USA, USM

      9 -  1  10/22/04   [Re: DEF 1-3] PMP Minute Order that in light of filing of Indt in this
                         case the 1:30 p.m., 10/29/04 further proceedings previously set in
                         J04-19 MJ are VACATED and RESET for the same date and time as arrs on
                         Indt in this case; all defense cnsl, cnsl for govt and USPO may
                         participate telephonically.  cc: USA, R. Leen, D. Dattan, Wm. Carey,
                         USM, PO, Judge Sedwick

     10 -  1  10/22/04   [Re: DEF 1-3] Documents #1 through #24 transferred from: J04-0019 MJ
                         (PMP).

     11 -  1  10/22/04   [Re: DEF 2] Motion (ex parte) for authorization for travel expenses.

     12 -  1  10/22/04   [Re: DEF 2] PMP Minute Order granting motion for authorization for
                         travel expenses (11-1).  cc: S. Dattan, FPD (CJA Clerk)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                        "USA V ROBERT LEE MOORE ET AL"

                              For all filing dates


 Document #    Filed      Docket text

   13 -  1    10/22/04    {SEALED}

   13 -  2    10/26/04    {SEALED}

   14 -  1    10/26/04    DEF 1 motion on shortened time for counsel to appear telephonically.

   15 -  1    10/26/04    [Re: DEF 1] PMP Minute Order granting motion on shortened time for
                          counsel to appear telephonically at 10/29/04 at 1:30 p.m. (14-1). cc:
                          USA, R. Leen

   16 -  1    10/27/04    DEF 1 motion to strike surplusage.

   17 -  1    10/27/04    DEF 1 motion to dismiss/strike.

   18 -  1    10/28/04    [Re: DEF 1] PMP Order granting motion (petition) for Robert Leen to
                          appear & participate w/o local cnsl (10-2), motion for consideration on
                          shortened time re 10-2 & discharge FPD's office (10-3) cc: USA, cnsl,
                          USM, PTS, Judge Sedwick

   19 -  1    10/29/04    [Re: DEF 1-3] PMP Court Minutes [ECR: Keitha Kolvig] re: arr on indt
                          (held 10/29/04): Defs 1,2 and 3 pled NOT GUILTY; PTMs due 11/12/04 w/Def
                          1 motions to be deemed filed as of 11/12/04; trial set for 12/20/04;
                          Defs detained. cc: USAtty, R.Leen, W.Carey, D.Dattan, USM, PTS, Judge
                          Sedwick

   20 -  1    10/29/04    [Re: DEF 1] PMP Order of Detention Pending Trial set for 12/20/04.
                          USAtty, R.Leen, USM, PTS

   21 -  1    10/29/04    [Re: DEF 2] PMP Order of Detention Pending Trial set for 12/20/04. cc:
                          USAtty, D.Dattan, USM, PTS

   22 -  1    10/29/04    [Re: DEF 3] PMP Order of Detention Pending Trial set for 12/20/04. cc:
                          USAtty, W. Carey, USM, PTS

   23 -  1    10/29/04    [Re: DEF 1] PMP Order regarding preparation for trial w/PTMs due
                          11/12/04. cc: USAtty, R.Leen

   24 -  1    10/29/04    [Re: DEF 2] PMP Order regarding preparation for trial w/PTMs due
                          11/12/04. cc: USAtty, D. Dattan

   25 -  1    10/29/04    [Re: DEF 3] PMP Order regarding preparation for trial w/PTMs due
                          11/12/04. cc: USAtty, W. Carey

   26 -  1    10/29/04    {SEALED}

   27 -  1    11/02/04    {SEALED}

   28 -  1    11/02/04    {SEALED}

   29 -  1    11/05/04    [Re: DEF 1-3] JWS Minute Order setting TBJ on 12/20/04 @ 9:00 a.m. @
                          Juneau, AK & FPTC on 12/20/04 @ 8:30 @ Juneau, AK. cc: USA, R. Leen, S.
                          Dattan, W. Carey, USM, USPO, MJ Pallenberg, Divisional Deputy, JC

   30 -  1    11/10/04    {SEALED}

   31 -  1    11/10/04    DEF 2 motion for detention hearing.


ACRS: R_RDSDX                    As of 12/27/05 at 09:10 AM by GARRY                      Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                            "USA V ROBERT LEE MOORE ET AL"

                                  For all filing dates


 Document #    Filed       Docket text

     32 -  1   11/10/04    DEF 3 Unopposed motion to ext mot's ddln by one day.

     33 -  1   11/12/04    [Re: DEF 2] PMP Minute Order granting motion for detention hearing
                           (31-1); Bail Review Hrg set for 11/19/04 at 10:30 a.m. cc: USA, D.
                           Dattan, USM, USPO

     34 -  1   11/12/04    [Re: DEF 3] PMP Minute Order granting unopposed motion to ext mot's ddln
                           to 11/17/04 (32-1). cc: USA, W. Carey

     35 -  1   11/12/04    DEF 2 motion to continue trial.

     36 -  1   11/12/04    DEF 2 motion to extend pretrial motions deadline.

     37 -  1   11/15/04    DEF 4 Attorney Appearance of Glenn K. Carpenter.

     38 -  1   11/15/04    DEF 1 motion to sever.

   NOTE -  4   11/16/04    [Re: DEF 4] USM Notice of Avaialability; defendant in Anchorage Jail
                           11/16/04.

   NOTE -  5   11/17/04    Notation: Proposed Trial Date Setting for Arr to USDJ.

     39 -  1   11/17/04    DEF 3 joinder to DEF 2 motion to continue trial (35-1), DEF 2 motion to
                           extend pretrial motions deadline (36-1) w/att aff of cnsl.

     40 -  1   11/18/04    [Re: DEF 4] JDR Court Minutes [ECR: Linda Christensen] re: Arraignment
                           on Indictment (held 11/17/04); NG pleas to Cts 1 & 2 entered by crt on
                           behalf of def; def detained; ord of det pending trial FILED; ord re prep
                           for trial FILED; PTMs due 12/6/04.  cc: USA, G. Carpenter, USM, USPO,
                           Judge Sedwick, MJ Pallenberg

     41 -  1   11/18/04    [Re: DEF 4] JDR Order of Detention Pending Trial.  cc: USA, G.
                           Carpenter, USM, USPO

     42 -  1   11/18/04    [Re: DEF 4] JDR Order regarding preparation for trial; cnsl to meet
                           on/before 11/24/04; PTMs due 12/6/04.  cc: USA, G. Carpenter

     43 -  1   11/19/04    [Re: DEF 2] JWS Order granting motion to continue trial (35-1); FPTC set
                           1/25/05 @ 8:30 a.m. & TBJ set 1/25/05 @ 9:00 a.m.. cc: USA, S. Dattan,
                           USM, USPO, MJ Pallenberg, ECR, Divisional Deputy, JC

     44 -  1   11/19/04    [Re: DEF 1; 3] JWS Minute Order resetting 12/20/04 FPTC & TBJ to 1/25/05
                           @ 8:30 a.m. & 9:00 a.m., respectively, @ Juneau, AK. cc: USA, R. Leen,
                           W. Carey, USM, USPO, MJ Pallenberg, ECR, JC, Divisional Deputy

     45 -  1   11/19/04    [Re: DEF 2] PMP Order of Detention Pending Trial. cc: USA, S. Dattan,
                           USM, PTS, Judge Sedwick

     46 -  1   11/19/04    [Re: DEF 1-4] PMP Order granting motion to extend pretrial motions
                           deadline to COB 12/10/04. (36-1) cc: USA, R. Leen, G. Carpenter, S.
                           Dattan, USM, PTS, Judge Sedwick (Redistributed 12/2/04 w/W. Carey)

     47 -  1   11/19/04    [Re: DEF 4] PLF 1 Documents transferred from: USDC-Western Washington
                           (04-mj-595).

     48 -  1   11/22/04    [Re: DEF 2] PMP Court Minutes [ECR: Legia Pate] re: Bail review hrg
                           (held 11/19/04); third-party proposal denied; def detained; trial set
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                              "USA V ROBERT LEE MOORE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | for 1/25/05; PTMs due 12/10/04 for all defs. cc: USA, S. Dattan, PTS, USM, Judge Sedwick (Redistributed 12/2/04 w/W. Carey, R. Leen, G. Carpenter added) |
| 49 - 1 | 11/23/04 | DEF 4 Return of WOA executed on 11/16/04. |
| 50 - 1 | 11/24/04 | [Re: DEF 4] JWS Minute Order setting TBJ on 1/25/05 @ 9:00 a.m. @ Juneau, AK; FPTC set 1/25/05 @ 8:30 a.m. @ Juneau, AK. cc: USA, G. Carpenter, Jr., USM, USPO, MJ Pallenberg, ECR, JC, Divisional Deputy |
| 51 - 1 | 11/24/04 | [Re: DEF 3] Return of WOA executed on 9/23/04. |
| 52 - 1 | 11/30/04 | [Re: DEF 2-3] JWS Order of excludable delay re: dkt 50 from 1/8/05 to 1/26/05 (19 days under code R). |
| 53 - 1 | 12/03/04 | [Re: DEF 4] JWS Order appointing Y. Salazar-Hobrough as Spanish/English trial interpreter. cc: USA, G. Carpenter, Jr., Finance, Y. Salazar-Hobrough |
| 54 - 1 | 12/03/04 | [Re: DEF 1] PLF 1 Joint Status Report re: oppo/lack of opp to DEF 2/s pretrial mots(dkt # 16,17, &38). |
| 55 - 1 | 12/08/04 | DEF 4 motion to continue trial date to 4/05/05. |
| 55 - 2 | 12/08/04 | DEF 4 motion to continue pretrial deadlines until 2/28/05. |
| 56 - 1 | 12/09/04 | [Re: DEF 4] PMP Minute Order re govt to file dscvy conf cert & show cause why orig ddln was not complied with due 12/15/04. cc: USA, G. Carpenter |
| 57 - 1 | 12/09/04 | [Re: DEF 1-4] PLF 1 Attorney Substitution of F. Russo (AUSA) for J. Barkeley (AUSA). |
| 58 - 1 | 12/14/04 | [Re: DEF 4] Certification of disc conf w/att exh. |
| 59 - 1 | 12/22/04 | [Re: DEF 1-4] JWS Order granting/denying motion to continue trial date to 4/05/05 (55-1); FPTC cont to 3/24/05 @ 8:30 a.m. & TBJ cont to 3/24/05 @ 9:00 a.m.; crt found excludable delay under 18:3161(h)(8)(B)(i). cc: USA, R. Leen, S. Dattan, W. Carey, G. Carpenter, USM, USPO, MJ Pallenberg, ECR, JC, Divisional Deputy |
| 60 - 1 | 12/22/04 | [Re: DEF 4] PMP Minute Order granted in part & denied in part motion to continue pretrial deadlines until 2/28/05 (55-2); PTM's ddln extended to 1/25/04. cc: USA, G. Carpenter |
| 61 - 1 | 12/27/04 | DEF 2 motion to continue trial w/att aff. |
| 62 - 1 | 12/28/04 | [Re: DEF 2] JWS Minute Order denying motion to continue trial (61-1). cc: USA, R. Leen, D. Dattan, W. Carey, G. Carpenter, MJ Pallenberg |
| 63 - 1 | 12/28/04 | {SEALED} |
| 64 - 1 | 01/05/05 | [Re: DEF 1] PMP Minute Order granting in part & denying in part motion (joint) to cont deadline for govt's oppos to def's PTM's (#16,17 & 38) (63-1); Govt's oppos due 2/25/05. cc: USA, R. Leen |
| 65 - 1 | 01/14/05 | [Re: DEF 1-3] Transcript re: Arraignments on Indictment held 10/29/04. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                           "USA V ROBERT LEE MOORE ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 66 - 1 | 01/25/05 | DEF 4 motion to sever trial; or |
| 66 - 2 | 01/25/05 | DEF 4 motion to exclude statements of co-defendants; |
| 66 - 3 | 01/25/05 | DEF 4 Request for Oral Argument re: DEF 4 motion to sever trial; or (66-1), DEF 4 motion to exclude statements of co-defendants; (66-2) |
| 67 - 1 | 01/25/05 | DEF 4 motion to suppress evidence w/att decls; |
| 67 - 2 | 01/25/05 | DEF 4 Request for evidentiary hearing re: DEF 4 motion to suppress evidence w/att decls; (67-1) |
| 68 - 1 | 01/31/05 | [Re: DEF 4] PLF 1 opposition to DEF 4 motion to suppress evidence (67-1). |
| 69 - 1 | 01/31/05 | DEF 4 opposition to DEF 4 motion to sever trial (66-1), DEF 4 motion to exclude statements of co-defendants (66-2). |
| 70 - 1 | 02/01/05 | {SEALED} |
| 71 - 1 | 02/02/05 | {SEALED} |
| 72 - 1 | 02/02/05 | [Re: DEF 4] PMP Minute Order granting request for O/A & evident hrg on motion to suppress & request for O/A on motion to sever; evident hrg & O/A set for 2/11/05 at 10:30 a.m. cc: USA, G. Carpenter Jr., USM, USPO |
| 73 - 1 | 02/04/05 | PLF 1; DEF 4 Unopposed motion to continue evidentiary hearings (on shortened time) w/att declaration. |
| 74 - 1 | 02/04/05 | [Re: DEF 1] CJA appointment of R. Leen. |
| 75 - 1 | 02/07/05 | [Re: DEF 4] PMP Minute Order granting unopposed motion to continue evidentiary hearings (on shortened time) (73-1); the 2/11/05 evident hrg is VACATED & RESET to 2/17/05 11:00 a.m. cc: USA, G. Carpenter, USM, USPO |
| 76 - 1 | 02/09/05 | {SEALED} |
| 76 - 2 | 02/10/05 | {SEALED} |
| 77 - 1 | 02/14/05 | [Re: DEF 4] PLF 1 motion (joint) on shortened time to cont evident hrg to allow for rule 11 disposition w/att dec. |
| 78 - 1 | 02/15/05 | [Re: DEF 4] PMP Minute Order granting motion (joint) on shortened time to cont evident hrg (77-1); evident hrg set for 2/17/05 is RESET for 2/24/05 at 10:30 a.m. cc: USA, G. Carpenter Jr., USM, USPO |
| 79 - 1 | 02/17/05 | {SEALED} |
| 79A- 1 | 02/17/05 | [Re: DEF 2] PMP Order granting motion on shortened time for travel approval (79-1) cc: S.Dattan, FPD (CJA Clerk) |
| 80 - 1 | 02/22/05 | [Re: DEF 4] PLF 1 motion on shortened time to cont evident hrg to allow for transport of def w/att decl. |
| 81 - 1 | 02/22/05 | [Re: DEF 4] PMP Minute Order granting motion on shortened time to cont evident hrg to allow for transport of def (80-1); evident/OA hrg set for |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                           "USA V ROBERT LEE MOORE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | 2/24/05 at 10:30 a.m. is VACATED & RESET for a sched conf for same date & time. cc: USA, G. Carpenter, USM, USPO |
| 82 - 1 | 02/23/05 | DEF 1 Notice of Intent to change plea on shortened time. |
| 82 - 2 | 02/23/05 | DEF 1 motion to strike defense motions. |
| 83 - 1 | 02/23/05 | {SEALED} |
| 84 - 1 | 02/23/05 | [Re: DEF 1] JWS Minute Order setting PCOP on 2/25/05 @ 11:00 a.m. @ Anchorage; granting mot to strike defense mots (82-2); terminating in light of this order: mot to strike surplusage (16-1), mot to dismiss/strike (17-1), mot to sever (38-1); 3/24/05 FPTC & TBJ as to DEF 1 are vacated. cc: USA, R. Leen, USM, USPO, MJ Pallenberg, Divisional Deputy, ECR, JC |
| 85 - 1 | 02/23/05 | {SEALED} |
| 86 - 1 | 02/23/05 | {SEALED} |
| 87 - 1 | 02/23/05 | DEF 4 motion for order allowing withdrawal and substitution of counsel w/att exh. |
| 88 - 1 | 02/24/05 | [Re: DEF 4] PMP Court Minutes [ECR: Keitha Kolvig] re: Scheduling Conf (held 2/24/05): E. Bauer to file motion for leave to participate without local counsel today; evidentiary hrg set for 3/7/05, 10:30 a.m. in Juneau; def to be transported to Juneau for evidentiary hrg. cc:  F. Russo, USM, USPO, E. Bauer, Judge Sedwick |
| 89 - 1 | 02/24/05 | DEF 4 Application re: non-resident attorney Erik L. Bauer of Bauer & Balerud to participate without local counsel w/att decl. |
| 90 - 1 | 02/24/05 | DEF 4 Application re: non-resident attorney Thomas A. Balerud of Bauer & Balerud to participate without local counsel w/att decl. |
| 91 - 1 | 02/24/05 | [Re: DEF 4] PMP Order granting motion for order allowing withdrawal and substitution of counsel. (87-1) cc: F. Russo, G. Carpenter, E. Bauer, |
| 92 - 1 | 02/24/05 | DEF 2 Notice of Intent to change plea. |
| 93 - 1 | 02/24/05 | [Re: DEF 4] PMP Minute Order granting subject to compliance w/local rule 83.1 def's application for attys Erik L. Bauer & Thomas A. Balerud to appear & participate w/o local cnsl (89-1 & 90-1). cc: USA, E. Bauer, T. Balerud |
| 94 - 1 | 02/25/05 | [Re: DEF 1] JWS Minute Order resetting 2/25/05 PCOP from 11:00 a.m. to 1:30 p.m. @ Anchorage. cc: USA, R. Leen, USM, USPO |
| 95 - 1 | 02/25/05 | {SEALED} |
| 96 - 1 | 02/25/05 | [Re: DEF 2] JWS Minute Order setting PCOP hrg on 3/1/05 @ 10:00 a.m.; 3/24/05 FPTC & TBJ as to DEF 2 vacated. cc: USA, S. Dattan, USM, USPO, MJ Pallenberg, JC, Divisional Deputy |
| 97 - 1 | 02/28/05 | {SEALED} |
| 98 - 1 | 02/28/05 | {SEALED} |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                           "USA V ROBERT LEE MOORE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 99 - 1 | 03/01/05 | {SEALED} |
| NOTE - 6 | 03/04/05 | Notation: received payment for nonres atty Balerud & Bauer (DEF 4). |
| 100 - 1 | 03/04/05 | [Re: DEF 4] PLF 1 Notice of withdrawal of mots. |
| 100 - 2 | 03/04/05 | [Re: DEF 4] PLF 1 Notice of Intent to change plea w/att exhs. |
| 100 - 3 | 03/04/05 | [Re: DEF 4] Clerk's Notice withdrawing mot to sever trial; or (66-1), mot to exclude statements of co-defs (66-2), mot to suppress evidence (67-1). |
| 101 - 1 | 03/07/05 | [Re: DEF 4] JWS Minute Order setting PCOP @ Anchorage on 3/18/05 @ 10:00 a.m.. cc: USA, E. Bauer, USM, USPO, MJ Pallenberg |
| 102 - 1 | 03/18/05 | [Re: DEF 4] PLF 1 Plea Agreement. |
| 103 - 1 | 03/18/05 | [Re: DEF 4] JWS Court Minutes [ECR: Linda Christensen] re PCOP hrg (held 3/18/05); plead guilty to Ct 1; Ct 2 to be dsmsd at IOS; IOS set for 6/1/05 at 8:30 am; TBJ as to this def VACATED. CC: USA, T. Balerud, USM, USPO, JC, MJ Pallenberg |
| 104 - 1 | 03/21/05 | DEF 3 Notice of Intent to change plea. |
| 105 - 1 | 03/21/05 | [Re: DEF 3] JWS Minute Order setting PCOP hrg on 3/25/05 @ 11:00 a.m. @ Anchorage; 3/24/05 FPTC & TBJ at Juneau are vacated. cc: USA, W. Carey, USM, USPO, MJ Pallenberg, ECR, Divisional Deputy, JC |
| 106 - 1 | 03/24/05 | {SEALED} |
| 107 - 1 | 03/25/05 | {SEALED} |
| 108 - 1 | 04/01/05 | {SEALED} |
| 108 - 2 | 04/01/05 | {SEALED} |
| 109 - 1 | 04/01/05 | [Re: DEF 1] JKS Order granting motion on shortened time re mot for travel authorization (108-1). cc: R. Leen, FPD (CJA Clerk) |
| 110 - 1 | 04/20/05 | {SEALED} |
| 111 - 1 | 04/20/05 | {SEALED} |
| 110 - 2 | 04/21/05 | {SEALED} |
| 111 - 2 | 04/21/05 | {SEALED} |
| 112 - 1 | 04/21/05 | {SEALED} |
| 113 - 1 | 04/21/05 | DEF 4 Unopposed motion to continue 6/1/05 sentencing. |
| 114 - 1 | 04/26/05 | [Re: DEF 4] JWS Order granting unoppo mot to continue 6/1/05 sentencing (113-1); IOS reset to 7/15/05 @ 8:30 a.m. @ Anchorage. cc: USA, T. Balerud, USM, USPO |
| 115 - 1 | 05/09/05 | {SEALED} |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                             "USA V ROBERT LEE MOORE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 115 - 2 | 05/10/05 | {SEALED} |
| 116 - 1 | 05/18/05 | {SEALED} |
| 117 - 1 | 05/19/05 | DEF 1 Notice re: Defendant's letter to the court. |
| 118 - 1 | 05/20/05 | [Re: DEF 1-3] JWS Order granting unopposed motion to continue imposition of sentences (116-1). D1's IOS is continued until 7/25/05 at 10:00 a.m., D3's IOS is set for 7/25/05 at 10:30 a.m., and D2's IOS is set for 7/25/05 at 9:30 a.m. All sentencings will be in Anchorage. cc: AUSA, R. Leen, D. Dattan, W. Carey, USM, USPO |
| 119 - 1 | 05/25/05 | DEF 3 motion to continue sentencing w/att aff. |
| 120 - 1 | 05/26/05 | [Re: DEF 3] JWS Order granting motion to continue sentencing (119-1); 7/25/05 IOS reset to 8/2/05 @ 8:30 a.m. @ Anchorage, AK. cc: USA, W. Carey, USM, USPO |
| 121 - 1 | 06/06/05 | DEF 1 Notice of filing def's attached letter to the crt. |
| 122 - 1 | 07/05/05 | DEF 1 Notice of letter from def's ex-wife & newspaper article w/att letter & article. |
| 123 - 1 | 07/05/05 | DEF 4 Sentencing Memorandum w/att exhs. |
| 124 - 1 | 07/08/05 | [Re: DEF 4] PLF 1 Sentencing Memorandum. |
| 125 - 1 | 07/08/05 | [Re: DEF 4] PLF 1 motion on shortened time for evidentiary hearing @ imposition of sentence & intent to use DEPS. |
| 126 - 1 | 07/08/05 | [Re: DEF 4] JWS Minute Order granting mot on shortened time for evid hrg @ imposition of sentence (125-1). cc: USA, E. Bauer |
| 127 - 1 | 07/11/05 | DEF 4 opposition to [Re: DEF 4] PLF 1 motion on shortened time for evidentiary hearing (125-1). |
| 128 - 1 | 07/12/05 | [Re: DEF 4] JWS Minute Order overruling obj @ dkt 127 to evid hrg. cc: USA, E. Bauer |
| 129 - 1 | 07/18/05 | [Re: DEF 4] JWS Court Minutes [ECR: Elisa Singleton] re Evid Hrg & IOS (held 7/15/05); sentence imposed as stated in the judgment; w/attached witness & exhibit list. cc: USA, T. Balerud, USM, USPO |
| 130 - 1 | 07/18/05 | [Re: DEF 4] JWS Amended Court Minutes [ECR: Elisa Singleton] re IOS (held 7/15/05); sentence imposed as stated in judgment; defense counsel's oral motion to withdraw granted. cc: USA, T. Balerud, USM, USPO |
| 131 - 1 | 07/18/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 132 - 1 | 07/18/05 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 133 - 1 | 07/18/05 | DEF 2 Sentencing Memorandum. |
| 134 - 1 | 07/18/05 | {SEALED} |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                              "USA V ROBERT LEE MOORE ET AL"

                                  For all filing dates


 Document #   Filed      Docket text

    135 -  1  07/18/05   {SEALED}

    136 -  1  07/20/05   DEF 1 Sentencing Memorandum.

    137 -  1  07/22/05   [Re: DEF 4] JWS Judgment dismissed count 2 of the Indictment (1-1);
                         pleaded guilty to count(s) 1 of the Indictment (1-1).  Imprisonment for
                         a term of 108 months.  Def remanded to the custody of the USM.  SR 4
                         years w/standard and special conditions.

    138 -  1  07/22/05   [Re: DEF 2] JWS Minute Order IOS is reset to 3:00 p.m. 7/25/05.  cc:
                         AUSA, S. Dattan, USM, UPSO

    139 -  1  07/25/05   {SEALED}

    140 -  1  07/25/05   DEF 3 Notice of lodging letters w/att letters.

    141 -  1  07/25/05   DEF 4 motion to withdraw as attorney of record w/att aff & exh.

    141A-  1  07/25/05   DEF 4 appeal to 9CCA of (137-1) filed 07/22/05. cc: cnsl, Judge, 9CCA

    142 -  1  07/26/05   {SEALED}

    143 -  1  07/26/05   {SEALED}

    144 -  1  07/26/05   [Re: DEF 3] PLF 1 Sentencing Memorandum.

    145 -  1  07/26/05   {SEALED}

    146 -  1  07/27/05   [Re: DEF 4] JWS Order granting mot to w/d as atty of record (141-1). cc:
                         USA, T. Balerud

    147 -  1  07/27/05   {SEALED}

    148 -  1  07/27/05   {SEALED}

    148A-  1  08/01/05   [Re: DEF 4] PLF 1 appeal to 9CCA of (137-1) filed 07/22/05. cc: cnsl,
                         Judge, 9CCA (9CCA 05-30421)

    149 -  1  08/02/05   {SEALED}

    150 -  1  08/02/05   {SEALED}

   NOTE -  7  08/10/05   Transmittal: Forwarded notice of appeal (141A-1), (148A-1) to 9CCA.

    151 -  1  08/19/05   {SEALED}

    152 -  1  08/19/05   {SEALED}

    153 -  1  08/22/05   DEF 4 motion to withdraw as attorney of record w/att aff & exh.

    154 -  1  08/24/05   [Re: DEF 4] Partial Transcript re IOS (held 7/15/05).

    155 -  1  08/25/05   [Re: DEF 4] JWS Order granting mot to w/d as atty of record (153-1). cc:
                         USA, E. Bauer, USM, USPO, Appeals Clk

    156 -  1  08/25/05   [Re: DEF 4] Cy Time Schedule Order. cc: cnsl, ECR, orig to 9CCA
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                            "USA V ROBERT LEE MOORE ET AL"

                               For all filing dates


 Document #    Filed      Docket text

   157 -   1   09/07/05   [Re: DEF 4] Partial Transcript re IOS (held 7/15/05).

   158 -   1   09/08/05   [Re: DEF 3] Partial Transcript re IOS (held 8/2/05).

   159 -   1   11/08/05   {SEALED}

   159 -   2   11/09/05   {SEALED}

   160 -   1   11/17/05   {SEALED}

   160 -   2   11/21/05   {SEALED}

   161 -   1   12/02/05   {SEALED}

   162 -   1   12/05/05   {SEALED}

   163 -   1   12/06/05   USM Return of judg on DEF 3; delivered 9/28/05 to USP Atwater.

   161 -   2   12/07/05   {SEALED}

   162 -   2   12/07/05   {SEALED}

   164 -   1   12/09/05   {SEALED}

   165 -   1   12/15/05   {SEALED}

   166 -   1   12/21/05   {SEALED}
```