WILLIAM B. CAREY, 8212160
Attorney for Defendant
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:    (907) 272-4255
Facsimile:    (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Case No. J04-004-03 (JWS) |
| FRANCIS S. GUERRERO, | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

On consideration of the defendant's motion for appointment of counsel;

IT IS HEREBY ORDERED that WILLIAM CAREY be appointed to represent the defendant in connection with his motion to reduce his sentence.

DATED this __ day of _____, 2008.

_____
U.S. District Judge