WILLIAM B. CAREY, 8212160
Attorney for Defendant
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:     (907) 272-4255
Facsimile:      (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                         )<br>            Plaintiff,                     )<br>vs.                                                )<br>                                                         )<br>FRANCIS S. GUERRERO,          )<br>                                                         )<br>            Defendant.                 ) | Case No. J04-004-03 (JWS) |

### AFFIDAVIT OF COUNSEL

STATE OF ALASKA                )
                                                  :ss
THIRD JUDICIAL DISTRICT    )

I, WILLIAM B. CAREY, being first duly sworn, do freely and voluntarily state as follows:

1.   I was the CJA appointed attorney for the Defendant, FRANCIS S. GUERRERO in the above-styled matter.

2.   The Court originally appointed me to represent Mr. GUERRERO in connection with his prosecution in the above-styled matter.

3.   Mr. GUERRERO is currently incarcerated FCI Edgefield, Edgefield, South Carolina.

4.   Mr. GUERRERO has asked that a motion to reduce his sentence be filed.

5.   On information and belief, Mr. GUERRERO's financial circumstances

have not materially changed since this Court's original order appointing counsel in this matter.

  6.  Accordingly, on behalf of Mr. GUERRERO, and at his request, I ask that I be appointed to represent him in connection with the motion to reduce sentence.

  FURTHER YOUR AFFIANT SAITH NAUGHT.

  DATED this 10th day of March, 2008.

         WILLIAM B. CAREY
         Attorney for the Defendant

         /s/ William B. Carey
         _____
         William B. Carey
         Alaska Bar No. 8212160
         Telephone: (907) 272-4255
         Facsimile: (907) 272-4256
         e-mail: bcarey@alaska.com

STATE OF ALASKA     )
           :ss
THIRD JUDICIAL DISTRICT )

  THIS IS TO CERTIFY that on this 10th day of March, 2008, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared WILLIAM B. CAREY, known to me and to me known to be the individual named in and who executed the foregoing document and he acknowledged to me that he signed and sealed the same as his free and voluntary act for the uses and purposes therein set forth.

  WITNESS my hand and notarial seal the day and year first hereinabove written.

         _____
         Notary Public in and for Alaska
         My Commission expires: 27 July 2009

  I hereby certify that on this 10th day of March, 2008, a copy of the forgoing <u>Affidavit of Counsel</u> was electronically served on the following:

Stephan Collins, Assistant U.S. Attorney