IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRANCIS S. GUERRERO,<br><br>　　　　Defendant. | Case No. 1:04-cr-00004-JWS<br><br>ORDER APPOINTING COUNSEL<br>and SETTING SCHEDULE |

　　　　On March 10, 2008, Francis S. Guerrero, through attorney William B. Carey, filed a motion for the appointment of Mr. Carey as counsel for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

**IT IS THEREFORE ORDERED that:**

1.　　The Clerk shall make sure that the United States Attorney has been served with a copy of docket numbers 204 and 205, along with this Order.

---

[1] *See* Docket Nos. 204, 205; *see also* Kimbrough v. United States, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

2. Mr. Guerrero's application for appointment of counsel, at docket number 204, is provisionally GRANTED,[2] and William B. Carey is appointed to represent Mr. Guerrero in this matter.

3. Counsel for Mr. Guerrero shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, within sixty days from the date of this Order.

4. The Government is permitted to file a response within sixty days from the time counsel for Mr. Guerrero files the motion.

5. Counsel for Mr. Guerrero may file a reply within thirty days of the filing of the response.

DATED this 2nd day of April, 2008, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge

---

[2] Mr. Carey should ensure that a financial affidavit, showing Mr. Guerrero's eligibility for court-appointed counsel, is filed as soon as possible. No further order regarding counsel will be issued, unless it is evident that Mr. Guerrero is ineligible for appointed counsel.