WILLIAM B. CAREY, 8212160
Attorney for Defendant
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:   (907) 272-4255
Facsimile:   (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                       )<br>vs.                                                  )<br>                                                          )    Case No. J04-004-03 (JWS)<br>FRANCIS S. GUERRERO,             )<br>                                                          )<br>            Defendant.                     ) | |

## MOTION TO REDUCE SENTENCE

FRANCIS S. GUERRERO asks this court for an order reducing his sentence from 210 months to 120 months, the statutory mandatory minimum in this case. The proposed reduction is appropriate because the retroactive amendment to the crack cocaine guideline reduces Mr. GUERRERO's total adjusted offense level from offense level 33 to offense level 31. At Mr. GUERRERO's original sentencing, he was sentenced to 210 months, at the lower end of the guideline range which in this instance was an adjusted base offense level of 33, with a criminal history category of V, a range of from 210 to 262 months.

This motion is submitted pursuant to 18 U.S.C. § 3582(c)(2), the retroactive amendment to the cocaine base guidelines, effective March 3, 2008, and the

memorandum of law filed herewith.

RESPECTFULLY SUBMITTED this 30th day of May, 2008.

>WILLIAM B. CAREY
>Attorney for the Defendant
>
>/s/ William B. Carey
>
>William B. Carey
>Alaska Bar No. 8212160
>Telephone:    (907) 272-4255
>Facsimile:    (907) 272-4256
>e-mail: bcarey@alaska.com

I hereby certify that on this 30th day of May, 2008, a copy of the forgoing Motion to Reduce Sentence was electronically served on the following:

U.S. Attorney