WILLIAM B. CAREY, 8212160
Attorney for Defendant
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:    (907) 272-4255
Facsimile:    (907) 272-4256

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|      ) | |
|     Plaintiff,     ) | |
| vs.     ) | |
|     ) | Case No. J04-004-03 (JWS) |
| FRANCIS S. GUERRERO,     ) | |
|     ) | |
|     Defendant.     ) | |

### PROPOSED ORDER

Defendant's Motion to Reduce Sentence having come before the Court and having reviewed its premises as well as those of any opposition filed thereto;

IT IS HEREBY ORDERED that the defendant's motion is granted.  Defendant is hereby sentenced to serve a term of imprisonment of 120 months, with all other conditions set out in the original judgment in this case, dated August 2, 2005, to remain the same.

DATED this ___ day of _____, 2008.

_____
Honorable John Sedwick
U.S. District Court Judge