NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:04-cr-00003-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNOPPOSED MOTION TO |
| vs. | ) | CONTINUE DEADLINE TO FILE |
| | ) | RESPONSE |
| FRANCIS S. GUERRERO, | ) | |
| | ) | FILED ON SHORTENED TIME |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and moves this Court to continue the deadline by sixty days for the United States to respond to the defendant's motion pursuant to 28 U.S.C. § 3582(c), filed at docket 38.

The United States has proposed a resolution of this matter to counsel for the defendant, which, upon information and belief, will resolve the defendant's motion. The United States has sent a proposed stipulation to counsel for the defendant. Accordingly, the parties need time to allow for signature and filing of the stipulation. A 60-day continuance is requested.

RESPECTFULLY SUBMITTED this 27th day of June, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and
correct copy of the foregoing was sent to the
following counsel of record on June 27, 2008, via ECF:

William B. Carey

Executed at Anchorage, Alaska, on June 27, 2008.

s/Frank V. Russo