NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>                         Plaintiff,          )<br>                                                              )<br>      vs.                                                 )<br>                                                              )<br>FRANCIS GUERRERO,                    )<br>                                                              )<br>                         Defendant.      )<br>                                                              )<br>_____ ) | Case No. 1:04-cr-0004-03-JWS<br><br>UNOPPOSED SECOND MOTION<br>TO CONTINUE DEADLINE TO<br>FILE RESPONSE |

COMES NOW, the United States of America, by and through undersigned counsel, and moves this Court to continue the deadline by sixty days for the United States to respond to the defendant's motion pursuant to 18 U.S.C. § 3582.

The United States and the defendant have agreed to a proposed resolution of

the matter, and counsel for the United States is awaiting a signed stipulation of settlement from the defendant. Accordingly, the parties need time to allow for signature and filing of the stipulation. A 60-day continuance is requested.

RESPECTFULLY SUBMITTED this 30th day of August, 2008, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Frank V. Russo
        FRANK V. RUSSO
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9
        Anchorage, Alaska 99513-7567
        (907) 271-5071
        (907) 271-1500 (fax)
        Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on August 29, 2008, via ECF:

William Carey

Executed at Anchorage, Alaska, on 29, 2008

s/Frank V. Russo