WILLIAM B. CAREY, 8212160
Attorney for Defendant
FRANCIS S. GUERRERO
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:   (907) 272-4255
Facsimile:    (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION REGARDING** |
| | ) | **MODIFICATION OF** |
| vs. | ) | **SENTENCE** |
| | ) | |
| FRANCIS S. GUERRERO, | ) | |
| | ) | Case No. 1:04-04-cr-03-JWS |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties acting through their respective counsel that:

1.  Defendant has submitted a request for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2).

2.  Defendant's original calculation was as follows:

    Total Offense Level: 35

    Criminal History Category VI

    292 to 365 months' imprisonment

    5 years' supervised release

    $15,000 to $4,000,000 fine.

3.  Defendant was sentenced on September 27, 2005 to 210 months'

imprisonment.

4. Defendant is eligible for a modification of sentence pursuant to 18 U.S.C. § 3582(c) and U.S.S.G § 1B1.10(c), Amendments 706 and 711 of the United States Sentencing Commission Guidelines Manual.

5. Defendant's revised guideline calculation is as follows:

Total Offense Level 33

Criminal History Category VI

168 to 210 months imprisonment

5 years' supervised release

$15,000 to $4,000,000 fine.

6. Based upon the foregoing, the parties hereby stipulate that a sentence of 168 months is appropriate in this matter.

7. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged. The original term of supervised release and the conditions imposed shall remain unchanged and will remain in effect.

8. Defendant has agreed to waive and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007). The defendant waives any right to be present in the District if the Court accepts this stipulation and enters an amended judgment pursuant to the terms of this stipulation.

9. As consideration for the government's agreements contained in this stipulation the defendant has waived any right to challenge the modified sentence through appeal or collateral attack.

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

10. Accordingly, the parties agree and stipulate that an amended judgment may be entered by the Court in accordance with this stipulation.

Respectfully submitted,

_____     9-4-08
Defendant                                         Date

_____     8/22/08
Counsel for Defendant                        Date

_____     9/15/08
Assistant U.S. Attorney                       Date

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

Page 3 of 3