IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 1:04-cr-00004-JWS |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED]** |
| vs. | ) | **ORDER** |
| FRANCIS GUERRERO, | ) | |
| Defendant. | ) | |

Having considered the Stipulation Regarding Modification of Sentence, in the above-captioned matter, IT IS HEREBY ORDERED that the Stipulation is **GRANTED/DENIED**.

**IT IS SO ORDERED**.

DATED this _____ of September, 2008, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE