IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:04-cr-00004-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FRANCIS GUERRERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the Stipulation Regarding Modification of Sentence, in the above-captioned matter, IT IS HEREBY ORDERED that the Stipulation is **GRANTED.**

**IT IS SO ORDERED**.

DATED this __16th__ of September, 2008, at Anchorage, Alaska.


    /s/ JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE